**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JASON G. HENSON                                                                     PLAINTIFF

V.                            NO: 3:12CV00045 HDY

MONTIE SANDERS *et al.*                                                DEFENDANTS

**ORDER**

On June 5, 2012, the Court entered an order scheduling this matter for a Court trial on October 2, 2012 (docket entry #22). That same order directed Plaintiff to file his list of proposed witnesses, along with a brief summary of their expected testimony, no later than July 5, 2012. Although the order was sent to Plaintiff at his address of record, it was returned as undeliverable (docket entry #23). It is possible that Plaintiff has moved to the Arkansas Department of Correction. Accordingly, Plaintiff is directed to file his response to the Court's scheduling order, along with a notice of his current address, no later than 30 days after the entry date of this order. Plaintiff's failure to do so will result in the dismissal of his complaint. The Clerk is directed to send a copy of this order, and the scheduling order (docket entry #22) to Plaintiff at his address of record, as well as at the Arkansas Department of Correction's East Arkansas Regional Unit.

IT IS SO ORDERED this __14__ day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE